IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KASIB TAUHEED BILAL                                                                PLAINTIFF

v.                                   No. 4:16-cv-675-DPM

PROGRESSIVE HOME OWNERS
& AUTO INSURANCE COMPANY
and AMERIPRISE AUTO & HOME
INSURANCE                                                                          DEFENDANTS

ORDER

The Court needs more information before it can rule on the motion for leave to proceed *in forma pauperis*, № 1. Please answer the following questions by 7 October 2016.

1. Do you own a house? If so, what's its value?
2. How much do you receive in rent payments each month?
3. How much do you receive in disability payments each month?
4. Do you own a car? If so, what are the details and value of the car?

The Court needs more information to decide whether Bilal can afford the filing fee.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 September 2016