IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KASIB TAUHEED BILAL                                                PLAINTIFF

v.                           No. 4:16-cv-675-DPM

PROGRESSIVE HOME OWNERS
& AUTO INSURANCE COMPANY
and AMERIPRISE AUTO & HOME
INSURANCE                                                         DEFENDANTS

ORDER

1. Bilal has started paying the filing fee and has provided the Court with a proper person and address for serving Progressive. The Court therefore directs the Clerk to issue summons to Progressive. The Court directs the U.S. Marshal to serve the complaint and summons by certified mail, restricted delivery, with a return receipt requested, without prepayment of fees, to Progressive's President:

   Glenn M. Renwick
   CEO & President
   The Progressive Corporation
   6300 Wilson Mills Rd.
   Mayfield Village, OH 44143

2. Bilal hasn't provided a name and address of any person designated by Ark. R. Civ. P. 4(d)(5) to receive notice of a lawsuit against Ameriprise. All claims against Ameriprise are therefore dismissed without prejudice.

3. Bilal has listed the names and addresses of other people who may have been involved in this dispute or have knowledge about it. № 6. But Bilal named only Progressive and Ameriprise as defendants in his complaint. And Progressive is the only remaining defendant.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 November 2016