IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KASIB TAUHEED BILAL                                                                PLAINTIFF

v.                                  No. 4:16-cv-675-DPM

PROGRESSIVE HOME OWNERS
& AUTO INSURANCE COMPANY                                              DEFENDANT

ORDER

1. The Court will hold a hearing on all pending motions, № 22, 26 & 27, at 3:30 p.m. on Monday, 27 March 2017, in Courtroom B-155 of the Richard Sheppard Arnold United States Courthouse, located at 500 West Capitol Avenue, Little Rock, AR 72201.

2. Bilal must appear at the hearing. And he must bring copies of any insurance policies that might apply to this case.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 March 2017