## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**KASIB TAUHEED BILAL**                                        **PLAINTIFF**

v.                                  **No. 4:16-cv-675-DPM**

**PROGRESSIVE HOME OWNERS**
**& AUTO INSURANCE COMPANY**                     **DEFENDANT**

### ORDER

For the reasons stated on the record at the 27 March 2017 hearing, the Court orders the following:

**1.** Progressive's motion for summary judgment, № 22, is granted as modified. Progressive is dismissed without prejudice and the proper defendant, IDS Property Casualty Insurance Company, is substituted in. The Court directs the Clerk to update the docket.

**2.** Bilal's motion to appoint counsel, № 26, is denied.

**3.** By Friday, 28 April 2017, each party must produce to the other party copies of all material records in its possession about this dispute. In particular, IDS must produce its claim file and transcript of the recorded phone call with Bilal; and Bilal must produce all photographs of damage, repair estimates, and all other information he has about damage.

**4.**  By Friday, 26 May 2017, the parties must exchange written requests for any additional discovery.

**5.**  Bilal's motion for mandamus, № 27, is denied.

**6.**  Bilal should familiarize himself in general with the Federal Rules of Civil Procedure, the Local Rules, and in particular with Federal Rule of Civil Procedure 56 and corresponding Local Rule 56.1.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

28 March 2017