IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KASIB TAUHEED BILAL                                              PLAINTIFF

v.                          No. 4:16-cv-675-DPM

IDS PROPERTY CASUALTY
INSURANCE COMPANY                                                DEFENDANT

ORDER

The Court notes Bilal's four discovery requests and IDS's response. № 37–41. Given the motion for summary judgment and supporting materials filed yesterday, № 42–44, the Court extends Bilal's time to respond to that motion to 24 August 2017. The extension is so he can complete any further needed discovery and then respond.

Discovery is between the parties; the Court doesn't need to be involved unless they reach an impasse. In the future, Bilal should send all discovery directly and only to IDS's lawyer. Bilal's request for trial subpoenas, № 37, is denied without prejudice as premature. The Court requests Bilal and IDS's lawyer to work together on getting the requested discovery from Garry Smith, who worked on this claim, apparently through a company called Insurance Claims Adjusters, Inc. Progressive is no longer in the case; and the Court sees no need for Progressive's president to respond to any discovery. All the other

folks mentioned, № 37 & 42, seem to be connected with IDS. Bilal must therefore work through IDS's lawyer in getting discovery from them. If any discovery dispute arises, follow the joint report procedure in the Final Scheduling Order. № 19 at 3. In the circumstances, the parties need to address discovery issues now, and file any joint report about any dispute by 20 July 2017.

 So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 June 2017