# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

KASIB TAUHEED BILAL                                              PLAINTIFF

v.                          No. 4:16-cv-675-DPM

IDS PROPERTY CASUALTY
INSURANCE COMPANY                                                DEFENDANT

## ORDER

Bilal's motion for an extension, № 48, is granted reluctantly. The Court extends Bilal's time to respond to the motion for summary judgment to 22 September 2017. This is the second extension. The first one was lengthy. No further extension will be granted absent extraordinary circumstances. And Bilal must respond by the deadline whether he has found a lawyer by then or not. As the Court has said repeatedly, this case is not so complex that counsel is essential for Bilal to present his side.

IDS's status report, № 49, is noted and appreciated.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 August 2017