# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

KASIB TAUHEED BILAL                                    PLAINTIFF

v.                       No. 4:16-cv-675-DPM

IDS PROPERTY & CASUALTY
INSURANCE COMPANY                                      DEFENDANT

## JUDGMENT

Bilal's claim under 42 U.S.C. § 1981 is dismissed with prejudice.

All his other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 October 2017